UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:12-cr-123-01 SEB-DKL |
| vs. | ) | |
| | ) | |
| JUSTIN CORBIN, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Baker's Report and Recommendation at Docket No. 20 that Justin Corbin's supervised release be revoked, pursuant to Title 18 U.S.C. § 3401(i) and Title 18 U.S.C. § 3583(e), the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence of imprisonment of eighteen (18) months in the custody of the Attorney General with no supervised release to follow.

IT IS SO ORDERED.

Date: 03/07/2014

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Electronically registered counsel of record via ECF